MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for The Bank of New York Mellon fka Bank of New York Successor Trustee to JPMorgan Chase Bank, NA, as Trustee for The Bear Stearns Arm Trust, Mortgage Pass-Through Certificates, Series 2003-7*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN CLOSSON, an individual; CHARLES R. CLOSSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, NA, AS TRUSTEE FOR THE BEAR STEARNS ARM TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-7; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ROES 1-10 and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02229-APG-DJA<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |

Plaintiffs Susan Closson and Charles R. Closson, and Defendant The Bank of New York Mellon fka Bank of New York Successor Trustee to JPMorgan Chase Bank, NA, as Trustee for The Bear Stearns Arm Trust, Mortgage Pass-Through Certificates, Series 2003-7 (**BoNYM**) stipulate to stay discovery pending resolution of BoNYM's motion to dismiss addressing NRS 106.240. ECF No. 7. The parties' stipulation is made in good faith and will not prejudice either party.

…

…

{56590940}

1  The parties agree that in event that the motion to dismiss is not granted in full, the parties will file a stipulated proposed discovery plan and scheduling order no later than 14 days after a decision on the motion is issued by the court.

DATED this 22nd day of February, 2021

**AKERMAN LLP**

/s/ *Scott R. Lachman*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for The Bank of New York Mellon fka Bank of New York Successor Trustee to JPMorgan Chase Bank, NA, as Trustee for The Bear Stearns Arm Trust, Mortgage Pass-Through Certificates, Series 2003-7*

DATED this 19th day of February, 2021

/s/ *Susan Closson*
SUSAN CLOSSON
5450 Manteca Circle
Las Vegas, Nevada 89118

*Pro Se*

/s/ *Charles R. Closson*
CHARLES R. CLOSSON
5450 Manteca Circle
Las Vegas, Nevada 89118

*Pro Se*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** February 23, 2021

{56590940}   2